IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION

**MICHELLE RAY,**

    **Plaintiff,**

v.                                                    Case No. 2:20-cv-1897
                                                                   JUDGE EDMUND A. SARGUS, JR.
**COMMISSIONER OF SOCIAL SECURITY,**   Magistrate Judge Kimberly A. Jolson

    **Defendant.**

## OPINION AND ORDER

On January 25, 2021 Magistrate Judge Jolson issued a Report and Recommendation to the effect that the decision of the Commissioner denying disability benefits to Plaintiff Michelle Ray be AFFIRMED.  (ECF No. 19.)  Ms. Ray through counsel has filed a timely objection. (ECF No. 20.)

The undersigned has reviewed Plaintiff's objections, the Magistrate Judge's Report and Recommendation, the Administrative Law Judge's decision, and the record below.  For the reasons set forth by the Magistrate Judge, the Court agrees that the Commissioner's decision denying disability benefits should be affirmed.  The Court therefore ADOPTS the Report and Recommendation.  The decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk Shall enter final judgment in favor of the Defendant.

    **IT IS SO ORDERED.**

**Date:  9/14/2021**                                                s/Edmund A. Sargus, Jr.
                                                                         EDMUND A. SARGUS, JR., JUDGE
                                                                         UNITED STATES DISTRICT COURT